THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE VICTORIA PAPER MILLS COMPANY and Another, Relators, v. JOHN M. FOSTER, as Mayor, and Others, Composing the Common Council of the City of Fulton, Oswego County, New York, and Their Respective Successors in Office, Respondents.— In certiorari proceeding determination of the common council in so far as it denies payment of the portion of the taxes levied for county and State purposes, to wit, $11,103.59, with interest, annulled on the law and the common council directed to proceed in similar manner to that directed in *People ex rel. Oswego Falls Corp.* v. *Foster* (*ante*, p. 65), decided herewith, without costs on this appeal to any party, but with disbursements to the relators. All concur; Thompson, J., having been present at the argument of said appeal, but having died on the 7th day of April, 1937, without having taken any part in the determination of this appeal. (Certiorari proceeding to review refusal to return excess of taxes.) Present — Sears, P. J., Edgcomb, Crosby and Cunningham, JJ.

In the Matter of the Application of EDWARD EAGAN and LEO T. EAGAN, Appellants, for a Mandamus Order against WALTER B. KIMMEY, Superintendent of Buildings of the City of Syracuse, Respondent.— Order of December 4, 1935, affirmed, with ten dollars costs and disbursements; order of December 23, 1935, reversed, with ten dollars costs and disbursements, and motion to resettle granted by inserting a provision that the determination is without prejudice; appeal from order of January 16, 1936, dismissed, without costs, as academic in view of the decisions in the other two orders appealed from. All concur; Thompson, J., having been present at the argument of said appeal, but having died on the 7th day of April, 1937, without having taken any part in the determination of this appeal. (One order denies application for peremptory mandamus order to compel respondent to grant permit for erection of gasoline filling station. Two subsequent orders deny application for resettlement of previous order.) Present — Sears, P. J., Edgcomb, Lewis and Cunningham, JJ.